```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

RICHARD SHARNICK,                  :      NO. 3:11CV00945(VAB)
     Plaintiff,                    :
                                   :
vs.                                :
                                   :
DENNIS D'ARCHANGELO and            :
FRANK A. PODPOLUCHA,               :
     Defendants.                   :      FEBRUARY 16, 2018
```

## **STIPULATION OF DISMISSAL**

The undersigned hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action shall be dismissed, with prejudice and without costs to any party.

```
                              PLAINTIFF, RICHARD SHARNICK
                         By /s/ Sally A. Roberts
                            Sally A. Roberts
                            Fed. Bar No.: ct24828
                            Law Office of Sally A. Roberts
                            11 Franklin Square
                            New Britain, CT 06051
                            Tel: 860.384.6701
                            Fax: 860.920.5233
                            sallyroberts@sallyrobertslegal.com
```

                      DEFENDANT, DENNIS D'ARCHANGELO

            BY  <u>/ss/James N. Tallberg</u>
               James N. Tallberg
               Federal Bar No.: ct17849
               Karsten & Tallberg, LLC
               500 Enterprise Dr., Suite 4B
               Rocky Hill, CT 06067
               T: (860)233-5600
               F: (860)233-5800
               jtallberg@kt-lawfirm.com

## **<u>CERTIFICATION</u>**

I hereby certify that on February 16, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

                      <u>/ss/James N. Tallberg</u>
                      James N. Tallberg